

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236

June 26, 2020

**VIA ELECTRONIC FILING**

Hon. Lewis J. Liman
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Celestina Mejia, et al. v. Avondale Care Group, LLC, et al.*
     Civil Case No.: 1:20-cv-02884-LJL

Dear Judge Liman:

We represent Defendants Avondale Care Group, LLC, d/b/a Avondale Care Group, Peter Carroll, and Lorna Grazio in the above-referenced action. Given that we have just been retained in this case and have not yet responded to the Complaint, I am submitting this letter motion to request an adjournment of the Rule 16 Initial Conference, set for July 13, 2020 at 3:00 p.m. There has been no previous request for adjournment by Defendants. Plaintiffs' counsel have consented to this request.

Accordingly, we respectfully request that the Court grant this unopposed motion for adjournment of the Rule 16 Initial Conference, set for July 13, 2020 at 3:00 p.m.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Michael D. Billok*

Michael D. Billok
Member

MDB/vc

The initial pretrial conference is adjourned to August 7, 2020 at 3:00 p.m.

SO ORDERED. 6/26/2020.

*LEWIS J. LIMAN*
United States District Judge

583319.1 6/26/2020

Attorneys At Law | A Professional Limited Liability Company