```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CELESTINA MEJIA, et al.,                   :
                                           :
                         Plaintiffs,       :
                                           :         20-cv-2884 (LJL)
         -v-                               :
                                           :         ORDER
AVONDALE CARE GROUP, LLC, et al.,          :
                                           :
                         Defendants.       :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On August 14, 2020, the Court so-ordered a stipulation among the parties to submit all claims in this action to arbitration and to stay the action pending completion of the arbitration. Dkt. No. 26. It is hereby ORDERED that the parties shall provide a joint letter on the status of the arbitration by June 1, 2021.

    SO ORDERED.

Dated: May 4, 2021
       New York, New York
                                                   LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021