**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELESTINA MEJIA, SANTOS MIGUEL,
ONEIDA GOTAY, PAULA FIGUEROA,
SUYAPA MOREIRA CAYETANO, ELSY
SANTOS, GENESIS RUIZ, JUAN DOLMO,
APOLONIA REYES, ROSA PINALES, ALBA
FLORES, FRANCISCA MEDINA, DIANA
ARRIOLA, LIDIA GOTAY, LAURA
LABORIEL, DUNIA FLORES, MARGARITA
BENEDITH, BEBERLIN FLORES, and KEIDY
MARIN,

                          Plaintiffs,

         -against-

AVONDALE CARE GROUP, LLC, d/b/a
AVONDALE CARE GROUP, PETER CARROLL,
and LORNA GRAZIO

                          Defendant.

Case No. 20-cv-02884-LJL

**JUDGMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on September 9, 2022, accepting Defendants' September 8, 2022 offer to allow entry of judgment against them, jointly and severally, in the amount of $99,000.00, inclusive of damages, interest, penalties, attorneys' fees, costs, and expenses to date of the offer, in full satisfaction of Plaintiffs' First and Fourth Causes of Action, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor Plaintiffs Celestina Mejia, Santos Miguel, Oneida Gotay, Paula Figueroa, Suyapa Moreira Cayetano, Elsy Santos, Genesis Ruiz, Juan Dolmo, Apolonia Reyes, Rosa Pinales, Alba Flores, Francisca Medina, Diana Arriola, Lidia Gotay, Laura Laboriel, Dunia Flores, Margarita Benedith, Beberlin Flores, and Keidy Marin and against Defendants Avondale Care Group, LLC, Peter Carroll, and Lorna Grazio,

jointly and severally, in the total amount of $99,000.00, inclusive of damages, interest, penalties, attorneys' fees, costs, and expenses to date of the offer, in full satisfaction of Plaintiffs' First and Fourth Causes of Action in the above- captioned action to be paid within fourteen (14) days of the entry of judgment as follows:

1. Celestina Mejia ..................................................................$8,971.98
2. Santos Miguel ...................................................................$6,518.69
3. Oneida Gotay ....................................................................$1,963.31
4. Paula Figueroa .................................................................$10,267.75
5. Suyapa Moreira Cayetano....................................................$755.38
6. Elsy Santos........................................................................$3,669.26
7. Genesis Ruiz .....................................................................$1,717.45
8. Juan Dolmo .....................................................................$11,398.51
9. Apolonia Reyes....................................................................$757.51
10. Rosa Pinales......................................................................$3,093.50
11. Alba Flores...........................................................................$368.19
12. Francisca Medina..............................................................$2,805.08
13. Diana Arriola ......................................................................$387.18
14. Lidia Gotay .......................................................................$9,937.69
15. Laura Laboriel...................................................................$7,192.09
16. Dunia Flores......................................................................$1,894.85
17. Margarita Benedith ...........................................................$1,797.46
18. Beberlin Flores..................................................................$3,424.45
19. Keidy Marin..........................................................................$593.88

20. Attorneys' fees, costs, and expenses.................................$21,485.79

If, and only if, any amounts remain unpaid after 14 days after entry of judgment shall interest accrue pursuant to 28 U.S.C. 1961.

Dated: __September 12, 2022__

_____
Lewis J. Liman, U.S.D.J.